# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Michael Sztrom and David Sztrom

**v.**

Securities and Exchange Commission

**Case No:** 26-5008

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Michael Sztrom

David Sztrom

### Counsel Information

Lead Counsel: Russell G. Ryan

Direct Phone: ( 202 ) 967-2503  Fax: ( 202 ) 869-5238  Email: russ.ryan@ncla.legal

2nd Counsel:

Direct Phone: ( ___ ) ___ - ___  Fax: ( ___ ) ___ - ___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___  Fax: ( ___ ) ___ - ___  Email:

Firm Name: New Civil Liberties Alliance

Firm Address: 4250 N. Fairfax Dr., Arlington, VA  22203

Firm Phone: ( 202 ) 869-5210  Fax: ( 202 ) 869-5238  Email: notices@ncla.legal

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.