# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Michael Sztrom, et al

**v.**

Securities and Exchange Commission

**Case No:** 26-5008

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Michael Sztrom

David Sztrom

### Counsel Information

**Lead Counsel:** Russell G. Ryan

**Direct Phone:** ( 202 ) 967-2503 **Fax:** ( 202 ) 869-5238 **Email:** russ.ryan@ncla.legal

**2nd Counsel:** Alana R. Black

**Direct Phone:** ( 276 ) 260-4331 **Fax:** ( 202 ) 869-5238 **Email:** alana.black@ncla.legal

**3rd Counsel:** Markham S. Chenoweth

**Direct Phone:** ( 202 ) 869-5209 **Fax:** ( 202 ) 869-5238 **Email:** mark.chenoweth@ncla.legal

**Firm Name:** New Civil Liberties Alliance

**Firm Address:** 4250 N. Fairfax Drive, Arlington, VA 22203

**Firm Phone:** ( 202 ) 869-5210 **Fax:** ( 202 ) 869-5238 **Email:** notices@ncla.legal

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)