# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5008** **September Term, 2026**

**1:24-cv-03548-CRC**

**Filed On: October 8, 2026** [2197239]

Michael Sztrom and David Sztrom,

Appellants

v.

Securities and Exchange Commission,

Appellee

**BEFORE:** Walker and Pan, Circuit Judges; Randolph, Senior Circuit Judge

**O R D E R**

Upon consideration of the suggestion of mootness, and the opposition thereto, it is

**ORDERED** that consideration of the motion be deferred pending further order of the court.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk